UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA ACOSTA,**

      **Plaintiff,**

v.                                                                                          Case No:  6:12-cv-985-Orl-41KRS

**NOVAMED SURGERY CENTER OF ORLANDO, LLC, NOVAMED MANAGEMENT SERVICES, LLC, and NOVAMED, INC.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 93) issued by United States Magistrate Judge David A. Baker on September 29, 2014. The parties participated in a settlement conference before Judge Baker on September 26, 2014, during which a settlement was reached. (Minute Entry, Doc. 92). In his Report and Recommendation, Judge Baker recommends that the settlement be approved as a fair and reasonable resolution of a bona fide dispute. Both parties have filed notices of no objection to the Report and Recommendation. (Doc. Nos. 94, 95).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 93) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The settlement reached during the September 29 settlement conference is accepted as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act issues.

3. In light of the parties' settlement, Plaintiff's claim for unpaid wages pursuant to the Fair Labor Standards Act, Count XIII of the Amended Complaint (Doc. 26), is **DISMISSED with prejudice.**

4. In accordance with the settlement of Count XIII and the summary judgment Order (Doc. 79) entered previously in this case, the Clerk is directed to enter a judgment providing that with the exception of Count XIII, as to which a settlement was reached, Plaintiff shall take nothing on any of her claims against Defendant. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge David A. Baker